## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RHONDA WINDHAM,<br><br>          Plaintiff,<br><br>     v.<br><br>TRANS UNION LLC<br>          Defendant. | Civil Action No. 2:25-cv-13014-SDK-APP<br><br>District Judge Shalina D. Kumar<br><br>Magistrate Judge Anthony P. Patti |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Federal Rules of Civil Procedure,

Plaintiff Rhonda Windham ("Plaintiff") hereby voluntarily dismisses her claims in

this matter against Defendant Trans Union LLC, with prejudice.


Dated: November 5, 2025          **CONSUMER JUSTICE LAW FIRM**

By: /s/*Tarek N. Chami*
Tarek N. Chami – MI# P76407
CONSUMER JUSTICE LAW FIRM
835 Mason St, Suite C349
Dearborn, MI 48124
T: (313) 447-0488
E: tchami@consumerjustice.com

*Attorneys for Plaintiff,*
*Rhonda Windham*

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

CONSUMER JUSTICE LAW FIRM

By: */s/Tarek N. Chami*